IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDY GARCIA,                                              No. 2:06-cv-00826-MCE-EFB

    Plaintiff,

  v.                                                              <u>ORDER</u>

PAUL ZUPAN, et al.,

    Defendants.

_____/

    This case was referred to the magistrate judge pursuant to Local Rule 72-302(c)(19) for consideration of plaintiff's motion for entry of default judgment. On April 17, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

    Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

///

1

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed April 17, 2007, are ADOPTED;

2. Plaintiff's application for entry of default judgment against defendant Quassam Tariq is granted;

3. Plaintiff is awarded judgment against Quassam Tariq for statutory damages pursuant to California Civil Code Section § 54.3 in the amount of $3,000;

4. Plaintiff's request for injunctive relief is granted such that defendant is ordered to (a) identify one of the Store's[1] parking spaces as being reserved for the disabled, by painting a three-inch square International Symbol of Accessibility in it; (b) create an eight-inch wide access aisle immediately adjacent to the accessible parking space, on the passenger side, by marking the area with diagonal lines; and (c) complete such modifications within 90 days of service of the order entering judgment against him;

5. The court reserves ruling on plaintiff's request for attorney's fees and costs pending plaintiff's application under Local Rules 54-292 and 54-293; and

6. The Clerk is directed to close this case.

Dated: May 16, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The "Store" as identified in the complaint and the magistrate judge's findings and recommendations is located at 5889-C Stockton Blvd., Sacramento, California.