UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Rudy Garcia**

    v.

**Paul Zupan, et al**

**DEFAULT JUDGMENT**

Case No. 2:06-CV-00826 MCE EFB

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**Quassam Tariq**

May 17, 2007

VICTORIA C. MINOR, CLERK

By:  /s/ L. Reader, Deputy Clerk