UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Rudy Garcia,**

   **v.**

**Larry Gaines Living Trust, Quassam Tariq,**

_____

**AMENDED DEFAULT JUDGMENT**

Case No. 2:06-CV-00826 MCE EFB

  **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

    **Quassam Tariq**

May 17, 2007

         VICTORIA C. MINOR, CLERK

         By:  /s/ L. Reader, Deputy Clerk